UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE GARCIA,**<br>    Plaintiff,<br>   v.<br>**J. GRIMM, et al.,**<br>    Defendants. | CASE NO. 06cv225 WQH (PCL)<br><br>ORDER TO UPDATE PLAINTIFF'S ADDRESS & ATTORNEY KENNEDY'S PHONE NUMBER AND TO RE-MAIL THE COURT'S REPORT & RECOMMENDATION. |

The Court's latest filing, a report and recommendation, (Doc. No. 107), was mailed to Plaintiff addressed as follows:

> Felipe Noe Garcia
> H74821
> MCSP/A1/215
> PO Box 409020
> Ione, CA 95640
> PRO SE

This is the last address Plaintiff filed with the Court. (Doc. No. 62.)  Plaintiff, however, is currently housed in cell A1-125L. Plaintiff's failure to update his address with the Court, as he has done on at least seven occasions, likely accounts for why he initially did not receive Defendants' motion to dismiss, (Doc. No. 104), and motion to strike, (Doc. No. 105). The Court requests that the clerk of the court update the docket to reflect Plaintiff's new address:

//

//

    Felipe Noe Garcia
    H74821
    MCSP/A1/125L
    PO Box 409020
    Ione, CA 95640
    PRO SE

Further, the Court requests that this order and the report and recommendation, (Doc. No. 107), be re-mailed to Plaintiff at this new address. Plaintiff is admonished to keep the Court apprised of his current contact information <u>or his case will be dismissed</u>. S.D. Cal. Local Civ. R. 83.11(b).

    Lastly, the Court requests that the clerk of the court correct the phone number listed on the docket for Kevin Kennedy, counsel to Defendants, listing the number as (619) 531-5836.

    IT IS SO ORDERED.

DATED: January 11, 2008

                                          Peter C. Lewis
                                          U.S. Magistrate Judge
                                          United States District Court

cc:  The Honorable William Q. Hayes
     All Counsel of Record