FILED

MAR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, <br><br> Plaintiff, <br><br> vs. <br> J. GRIMM, et al., <br><br> Defendants. | CASE NO. 06cv225 WQH (PCL) <br><br> **ORDER** |

HAYES, Judge:

The matter before the Court is the Report and Recommendation (Doc. # 107) filed on January 9, 2008 by United States Magistrate Judge Peter C. Lewis.

### Background

On July 13, 2007, Plaintiff Felipe Garcia filed a Third Amended Complaint ("TAC"). (Doc. # 90). On October 4, 2007, Defendants filed the Motion to Dismiss Plaintiff's Claim for Injunctive Relief ("Motion to Dismiss") (Doc. # 104), which asserts that Plaintiff has no standing for injunctive relief because he could not show "any imminent threat or impairment of his own interest." *Mot. to Dismiss,* p. 5-7. On October 4, 2007, Defendants filed the Motion to Strike Allegations from the TAC ("Motion to Strike") (Doc. # 105), which asserts that portions of the TAC directed at Deputy Lonsdale, specifically the allegations in paragraphs 21, 23:17-24 and 72 and the inclusion of Lonsdale's name in paragraphs 4:9, 21:25, 24:16, 28:16 and 19:4 of the TAC, should be stricken because Lonsdale is no longer a defendant in this action. *Mot. to Strike,* p. 7. Plaintiff did not oppose the Motion to Dismiss or the Motion

1    to Strike.

2           On January 9, 2008, the Magistrate Judge issued a Report and Recommendation

3    recommending that this Court grant the Motion to Dismiss and Motion to Strike.  With regard

4    to the Motion to Dismiss, the Magistrate Judge concluded that (1) the public's interest in

5    expeditiously resolving the matter favored dismissal; (2) the court's interest in managing the

6    docket favored dismissal; (3) the risk of prejudice to Defendants from unreasonable delay in

7    prosecuting the action favored dismissal; (4) the public policy of favoring disposition of cases

8    on their merits did not favor dismissal, but was mitigated by the Court's earlier consideration

9    of Plaintiff's motion for a temporary restraining order and the fact that the most of the claims

10   in Plaintiff's TAC would survive dismissal; and (5) the unavailability of less drastic sanctions

11   favored dismissal.  *R&R*, p. 3.  With regard to the Motion to Strike, the Magistrate Judge

12   concluded that striking Plaintiff's allegations against Lonsdale would reinforce this Court's

13   order dismissing Lonsdale from the case with prejudice.  *Id.* at 4.

14          Neither party filed objections to the Report and Recommendation.

15                                    **Standard of Review**

16          The duties of the district court in connection with a Report and Recommendation of a

17   Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28

18   U.S.C. § 636(b)(1).  Where the parties object to a Report and Recommendation, "[a] judge of

19   the [district] court shall make a de novo determination of those portions of the [Report and

20   Recommendation] to which objection is made." 28 U.S.C.A. § 636(b)(1); *see Thomas v. Arn*,

21   474 U.S. 140, 149-50 (1985).  When no objections are filed, the District Court need not review

22   de novo the Report and Recommendation.  *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th

23   Cir. 2005);*United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

24   A district court may "accept, reject, or modify, in whole or in part, the findings or

25   recommendations made by the magistrate judge." Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

26                                     **Ruling of the Court**

27          Neither party filed objections to the Report and Recommendation.  The Court has

28   reviewed all aspects of the Report and Recommendation of the Magistrate Judge filed on

1  January 9, 2008, and adopts all portions of the Report and Recommendation.  The Report

2  and Recommendation correctly concluded that the factors favoring dismissal of Plaintiff's

3  claim for injunctive relief outweigh the factors against dismissal, and that the allegations

4  against Lonsdale should be stricken.  The Court will adopt the Report and

5  Recommendation in its entirety.

6  　　　IT IS HEREBY ORDERED that all portions of the Report and Recommendation

7  (Doc. # 107) are **ADOPTED**.  The Motion to Dismiss Plaintiff's Claim for Injunctive

8  Relief (Doc. # 104) and the Motion to Strike Allegations from the Third Amended

9  Complaint (Doc. # 105) are **GRANTED**.  The prayer for injunctive relief, the allegations

10  set forth in paragraphs 21, 23:17-24 and 72, and the inclusion of Lonsdale's name in

11  paragraphs 4:9, 21:25, 24:16, 28:26 and 29:4 are stricken from the Third Amended

12  Complaint.

13

14  DATED: _3/3/08_

15  　　　　　　　　　　　　　　　　　WILLIAM Q. HAYES
                                       United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28